IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FRANK C. LOVE                                                                                          PLAINTIFF

VS.                          NO. 4:14-CV-00715 SWW

JONATHON COATS, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY
AS AN ARKANSAS STATE GAME AND
FISH COMMISSION WILDLIFE OFFICER                                           DEFENDANT

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff stipulates that all claims against Jonathan Coats in his official capacity as an Arkansas Game and Fish Commission Wildlife Officer be dismissed without prejudice for purposes of this action.

Respectfully Submitted,

/s/ Robert K. Jackson_____
Robert K. Jackson
Wildlife Attorneys of Arkansas
400 W. Capitol Avenue, Suite 1700
Little Rock, AR  72201
(501) 944-4263
rkellerjackson@gmail.com

/s/ John P. Marks_____
John Marks
Senior General Assistant Counsel
Arkansas Game & Fish Commission
2 Natural Resources Dr.
Little Rock, AR  72205
(501) 223-6327
john.marks@agfc.ar.gov

/s/ Charles Lyford_____
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201-2610

(501) 682-3676
charles.lyford@arkansasag.gov

2