**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| FRANK C. LOVE | PLAINTIFF |
| VS. | NO. 4:14-CV-00715 SWW |
| JONATHON COATS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN ARKANSAS STATE GAME AND FISH COMMISSION WILDLIFE OFFICER | DEFENDANT |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff stipulates that all claims against Jonathon Coats in his official capacity as an Arkansas State Game and Fish Commission Wildlife Officer be dismissed without prejudice.

Respectfully Submitted,

/s/ Robert K. Jackson_____
Robert K. Jackson
Wildlife Attorneys of Arkansas
400 W. Capitol Avenue, Suite 1700
Little Rock, AR  72201
(501) 944-4263
rkellerjackson@gmail.com

/s/ John P. Marks_____
John Marks
Senior General Assistant Counsel
Arkansas Game & Fish Commission
2 Natural Resources Dr.
Little Rock, AR  72205
(501) 223-6327
john.marks@agfc.ar.gov

/s/ Charles Lyford_____
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201-2610

(501) 682-3676
charles.lyford@arkansasag.gov