**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FRANK C. LOVE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:14CV00715  SWW |
| JONATHON COATS | * | |
| | * | |
| Defendant | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims arising under federal law and brought pursuant to 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE, and Plaintiff's supplemental state law claims are DISMISSED WITHOUT PREJUDICE.  This action is hereby DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 30TH  DAY OF JUNE, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE